| AOC-105    Doc. Code: CI | | Case No. 14-CJ-1110 |
|---|---|---|
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice   www.courts.ky.gov CR 4.02; CR Official Form 1 | CIVIL SUMMONS | Court ☒ Circuit ☐ District County Pike |

Teddy Branham                                                       **PLAINTIFF**

vs. Ky Fuel Corp.                                                   **DEFENDANT**

Service of Process Agent for Defendant:

_____

_____

_____

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this Summons. Unless a written defense is made by you or by an attorney on your behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: January 26, 2015                 _____ Clerk
                                        By: M. Potter  D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2____.

                                Served by: _____

                                           _____ Title



 **CT Corporation**

**Service of Process Transmittal**
02/04/2015
CT Log Number 526522106

TO: Dustin Deane
James C. Justice Companies, Inc.
302 South Jefferson St. Suite 500
Roanoke, VA 24011

RE: **Process Served in Kentucky**

FOR: Kentucky Fuel Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Teddy Branham, Pltf. vs. Kentucky Fuel Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Pike County Circuit Court, KY<br>Case # 14CI1110 |
| **NATURE OF ACTION:** | Property Damage Litigation - 9936 Bent Branch Road, Pikeville, KY, 41501 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/04/2015 postmarked on 01/29/2015 |
| **JURISDICTION SERVED:** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day of delivery |
| **ATTORNEY(S) / SENDER(S):** | Bill Slone<br>Bill Slone, Attorney at Law, P.S.C.<br>P.O. Box 447<br>Pikeville, KY 41502<br>606-437-4029 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 772838273807<br>Image SOP<br>Email Notification, Dustin Deane dustin.deane@justicecorporation.com<br>Email Notification, Steve Ball steve.ball@justicecorporation.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 717-234-6004 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

COMMONWEALTH OF KENTUCKY
PIKE CIRCUIT COURT
DIVISION _II_
ACTION NO. 14-CI-__1110__


FILED
ANNA PINSON SPEARS
OCT -7 2014
PIKE CIRCUIT/DISTRICT COURT
BY: _____ D.C.

**TEDDY BRANHAM**                                **PLAINTIFF**
    9936 Bent Branch Road
    Pikeville, KY 41501

**VS.**

**KENTUCKY FUEL CORPORATION**              **DEFENDANT**
    SERVE:   CT Corporation System
                 306 West Main Street
                 Suite 512
                 Frankfort, KY 40601

## COMPLAINT

The Plaintiff, Teddy Branham ("Plaintiff"), states the following for his cause of action against Defendant, Kentucky Fuel Corporation ("Defendant"):

1. Plaintiff, Teddy Branham, is the owner of the parcel of property and residence lying and being in Pike County, Kentucky and located at 9936 Bent Branch Road, Pikeville, KY 41501.

2. Defendant, Kentucky Fuel Corporation, is a coal mining company, who has been engaging in coal mining, blasting, and other ultra-hazardous activities in close proximity to the Plaintiff.

1

3. Plaintiff states that beginning in the spring of 2013 through the present time, the Defendant has, by its blasting operations, caused damage to the Plaintiff's property which exceeds the jurisdictional limits of this Court.

4. Plaintiff alleges causes of action of negligence and strict liability.

5. All of the allegations referenced in this complaint took place in Pike County, Kentucky.

**WHEREFORE**, Plaintiff, Teddy Branham, prays for judgment against Defendant, Kentucky Fuel Corporation, as follows:

A. For compensatory damages for the diminution in value of his property in an amount in excess of the minimum jurisdictional amounts;

B. For trial by jury;

C. For Plaintiff's attorney fees and costs in connection with this action;

D. For prejudgment and post judgment interest; and

E. For all other and further relief to which Plaintiff may otherwise be entitled.

Respectfully Submitted,

Bill Slone, Attorney at Law, P.S.C.

BILL SLONE

P.O. Box 447
Pikeville, KY 41502
Phone: 606-437-4029
Fax: 606-437-4508
billslone.law@gmail.com
*Counsel for Plaintiff*

2