COMMONWEALTH OF KENTUCKY
PIKE CIRCUIT COURT
DIVISION II
CIVIL ACTION NO. 14-CI-1110



FILED
ANNA PINSON SPEARS
FEB 2 6 2015
PIKE CIRCUIT/DISTRICT COURT
BY: _____ D.C.

TEDDY BRANHAM                                            PLAINTIFF

**DEFENDANT'S INTERROGATORIES AND REQUESTS**
VS.   **FOR PRODUCTION OF DOCUMENTS PROPOUNDED UPON**
**PLAINTIFF, TEDDY BRANHAM**

KENTUCKY FUEL CORPORATION                               DEFENDANT

\*\*\*     \*\*\*     \*\*\*     \*\*\*

Pursuant to CR 33 and CR 34, the Defendant, Kentucky Fuel Corporation, hereby propounds the following discovery requests upon the Plaintiff, Teddy Branham, to be responded to in writing, under oath, and as otherwise required by the Kentucky Rules of Civil Procedure, and pursuant to the definitions and instructions set out below.

In answering the Interrogatories, all information is to be divulged that is within the knowledge, possession, or control of you, your attorney, or your agents, or that may be reasonably ascertained by you or them. You are requested to supplement your initial answers to these Interrogatories after service of your answers if you later ascertain or acquire any information that falls within the scope of these Interrogatories or if events within the scope of these Interrogatories occur after service of your answers.

You are requested to produce any requested documents at the office of Feld & Hassman, PLLC, 333 West Vine Street, Ste 300, Lexington, Kentucky within thirty (30) days of service hereof. At your option, however, you may, prior to this date, provide the Defendant with copies of all documents in your possession, custody, or control responsive to these requests by hand-delivering or mailing copies of those documents to counsel for Defendant at the address listed above. If you choose to respond under this option, you

are instructed to retain the originals of the documents so that the Defendant or its counsel may inspect them if it desires.  If you desire to produce the documents at a different location, date, or time, or to produce the documents in a different manner, please contact counsel for Defendant to make other reasonable arrangements for production.

## DEFINITIONS AND INSTRUCTIONS

A.    Each document request seeks all information available to the Plaintiff, Teddy Branham, his attorneys or agents, and any other persons acting on his behalf.

B.    As used herein, the terms "Plaintiff," "you", or "your" mean, without limitation, the Plaintiff, Teddy Branham, his attorneys, agents, and representatives.

C.    An interrogatory asking you to "state in detail" or "describe in detail" seeks disclosure of each fact, circumstance, condition, or anything known to you about the subject of the interrogatory containing the phrase, as of the date the Interrogatories were answered.

D.    If an interrogatory asks you to "state in detail" the basis for a contention, you should state all facts, law, and applications of law to fact upon which you relied or rely in making or maintaining the contention.

E.    "Document" or "documents" is defined to be synonymous in meaning and equal in scope to the usage of this term in CR 34.01.  A draft or non-identical copy is a separate document within the meaning of this term.

F.    The term "document" includes any copy or copies of any of the foregoing on which any mark, alteration, or additional writing or other change from the original, or from any other copy, has been made.

G.    "Person" or "persons" means all entities, including, without limiting the generality of the foregoing, all natural persons, corporations, firms, companies,

2

partnerships, joint ventures, associations, trusts, estates, departments, boards, bureaus, governmental or public agencies, and any other public, private, or legal entity.

H.     Where appropriate in these requests, the singular form of a word shall be interpreted as plural, and the plural form as singular.

I.     Where appropriate in these interrogatories, "and" as well as "or" shall be construed either disjunctively or conjunctively, as necessary, to bring under the scope of these requests any information that might otherwise be construed to be outside of their scope.

J.     When an interrogatory requires you to describe or identify a person or other entity, it is intended that the answer shall give the name, address, and telephone number of the person or entity, and the name of the individual's workplace, workplace address, and workplace phone number.

K.     If there is objection to the production of any document or part thereof under the claim of privilege or work product, then please identify the document, state the privilege involved, and state the factual and legal basis for the claimed privilege.  Identify the document by stating the type of document, the date of the document, its sender(s), or preparer(s), its addressee(s), the person(s) to whom the document was shown or to whom copies were furnished, the subject matter of the document, and the person in whose custody the document is presently located.  If the basis of your objection is confidentiality, please inform us as soon as possible so that the parties may execute a confidentiality agreement.

L.     If any document requested was, but is no longer, in your possession, custody, or control, please state whether the document is missing or lost, has been destroyed, has been transferred to another person, or otherwise has been disposed of.  For

3

each such document, please explain the circumstances surrounding disposition and describe the subject matter of the document.

M.     Please produce documents by category, as specified in CR 34.02. Consider each request a category.

N.     These requests are continuing ones, and Plaintiff shall produce for inspection and copying any documents requested that are non-existent or unavailable at the date of production, but which come into existence or become available at any time prior to or during the trial of this action.

## INTERROGATORIES

**INTERROGATORY NO. 1:**     Please identify each and every individual participating in the answering of these interrogatories, including full name, date of birth, employment address and telephone number, residential address and telephone number, driver's license number, and Social Security number.

**ANSWER:**


**INTERROGATORY NO. 2:**     State your present address and how long you have been living at that address and all other addresses where you have resided for the last ten years, giving the length of stay at each residence.

**ANSWER:**


**INTERROGATORY NO. 3:**     State the names of any and all relatives by blood or marriage that reside in Pike County, Kentucky.

**ANSWER:**

4

**ANSWER:**

**INTERROGATORY NO. 4:** Please describe in detail the property which you allege was damaged by this Defendant, including the physical address of the property, together with a detailed description of any structures on the property.

**ANSWER:**

**INTERROGATORY NO. 5:** Please state the name, address and contact information for the person(s) who own the property which is the subject of this litigation.

**ANSWER:**

**INTERROGATORY NO. 6:** Please identify each and every individual who has knowledge of discoverable information regarding the alleged damages to the property which is the subject of this litigation, including home and work addresses, and telephone numbers, and a brief synopsis of the information known by each.

**ANSWER:**

**INTERROGATORY NO. 7:** Please identify each and every individual you intend upon calling as a witness at the trial of this matter, giving a brief synopsis of the testimony you expect to elicit from each.

**ANSWER:**

**INTERROGATORY NO. 8:** Please specify in detail, the date and time of each and every mining and/or blasting operation that allegedly damaged the property which is the subject of your Complaint.

**ANSWER:**


**INTERROGATORY NO. 9:**    Describe in complete detail the work performed by Defendant Kentucky Fuel Corporation as part of their mining operations that resulted in the alleged damage to the property which is the subject of your Complaint.  Your answer should include, but not be limited to:

    (a)    An explanation in detail, of how your property was allegedly damaged as a result of the mining and/or blasting operation, including a detailed description of where and what was damaged;

    (b)    How the alleged damage caused a diminution in value of your home and property; and

    (c)    How the alleged damage caused a loss of use and enjoyment of your home and property.

**ANSWER:**


**INTERROGATORY NO. 10:** Please state the amount that you claim for each item of damages alleged in your Complaint in accordance with CR 8.01(2)

**ANSWER:**

**INTERROGATORY NO. 11:**     If you, or anyone acting on your behalf, have discussed this matter with any of the Defendant, its agents, or employees, please give the following information:

      (a)     Identify the individual with whom communications were conducted.

      (b)     Please give the date of the communication.

      (c)     Please state in detail the substance of the communication.

**ANSWER:**


**INTERROGATORY NO. 12:**   In the five years prior to the mining and/or blasting operation that you believe caused damage to your home and property, please state any and all repairs, or alterations or improvements you made to your property, specifying in as much detail as possible the work performed, including the name and address of each contractor or independent person that worked on the property.

**ANSWER:**


**INTERROGATORY NO. 13:**   Please state whether you have had an appraisal of your property since you purchased it and if so, please state the date of all such appraisals, the name and address of the person(s) performing the appraisal, and the reason for the appraisal.

**ANSWER:**


**INTERROGATORY NO. 14:**     With respect to any and all persons with whom you have consulted or may call as experts to give opinion testimony at the trial of this matter, state the following:

    (a)    Their names and business addresses.

    (b)    The field or fields in which said witnesses are to be offered as experts.

    (c)    The substance of the facts to which said witnesses are expected to testify.

    (d)    The substance of the opinions to which said witnesses are expected to testify and a summary of the grounds for each opinion.

**ANSWER:**


**INTERROGATORY NO. 15:**   Please state in complete detail if you contend that the work performed by Kentucky Fuel Corporation violated state mining regulations, and if so, identify the regulations and/or statutes allegedly violated.

**ANSWER:**


**INTERROGATORY NO. 16:**  Please state whether or not you, or anyone on your behalf, has spoken to, or written to, any entity with the federal or state government regarding the alleged violations of regulations or statutes in regards to the mining and/or blasting operations of Kentucky Fuel Corporation.  If your answer is yes, please provide the following:

    (a)    The name of the federal agency with whom you spoke;

    (b)    When said conversation(s) took place; and

    (c)    The name and/or position of the person with whom said contact took place.

**ANSWER:**

**INTERROGATORY NO. 17:** Do you, or anyone, have photographs, videos, graphs, charts, maps, or other tangible evidence that relates to the mining and/or blasting operation that caused damage to your home and property. If the answer is in the affirmative, please provide the names and addresses of anyone who has these photographs, videos, graphs, charts, maps, or other tangible evidence.

**ANSWER:**

**INTERROGATORY NO. 18:** Please identify each and every collateral source payor that has made any payment to you for alleged damages, as a result of the mining and/or blasting operation that gave rise to your cause of action.

**ANSWER:**

**INTERROGATORY NO. 19:** If any information, statement, document, video, audio, photo, tape-recording, or information retained by any other means of tangible data compilation is withheld from your responses to any of these Interrogatories or Requests for Production of Documents, due to a claim of privilege, work-product, a civil rule, or any other reason, please state with specificity the reason for withholding the information and state the nature of the information not provided and not produced, describing the information to the fullest extent possible that will enable this party to assess the applicability of the privilege or protection.

If you refuse to respond fully to this Interrogatory, please specifically state that you are refusing to respond and give a full explanation.

**ANSWER:**

**INTERROGATORY NO. 20:**   For every bit of information, any statement, document, video, audio, photo, tape-recording and/or information retained by any other means of tangible data compilation that has been requested in these Interrogatories or Requests for Production of Documents sent contemporaneously herewith but:

(a)   Has at one time been in the possession of the Plaintiff and/or his counsel, but no longer is in his possession; or

(b)   Has been sent, transferred, or for whatever reason is now in the possession of someone other than the Plaintiff and/or his counsel; or

(c)   Has been destroyed, lost, misplaced, or is otherwise not now in the possession of Plaintiff and/or his counsel, state the nature of the information not provided and not produced, describing the information to the fullest extent possible.

For all information that is responsive to this Interrogatory, please state the nature of the information not provided and not produced, describing the information to the fullest extent possible, and identify all individuals involved in creating, receiving and witnessing the communication, giving all dates, and describing in detail the subject matter of the information or communication.

If you refuse to respond fully to this Interrogatory, please specifically state that you are refusing to respond and give a full explanation.

**ANSWER:**

## REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**   If you, or anyone acting on your behalf, have obtained any written, typed, recorded, transcribed statements, or information obtained through any

other means of tangible data compilation, from any witness or individual, please produce same for inspection and copying.

**RESPONSE:**

**REQUEST NO. 2:**   If you, or anyone acting on your behalf, have obtained any photographs, videos, or other information retained by any other means of tangible data compilation, with regard to the alleged damage that you believe was a result of the mining and/or blasting operations that are the subject of this lawsuit, please produce same for inspection and copying.

**RESPONSE:**

**REQUEST NO. 3:**   Please produce copies of all estimates/bills for repairs, appraisals, or any other documents supporting your claims for damages.

**RESPONSE:**

**REQUEST NO. 4:**  Please produce a copy of the applicable property deed for the real property alleged to have sustained damage in this action.

**ANSWER:**

**REQUEST NO. 5:**   Please produce all appraisals that have been performed on your property during your occupancy.

**RESPONSE:**

**REQUEST NO. 6:**    For each expert that you have identified, please produce for inspection and copying a copy of the witnesses' curriculum vitae or statement of qualifications.

**RESPONSE:**


**REQUEST NO. 7:**    If you have received from any of said expert witnesses a written report, please produce same for purposes of inspection and copying.

**RESPONSE:**


**REQUEST NO. 8:**  Please produce copies of any and all correspondence, letters, email and/or documents reflecting all communications between Plaintiff and Kentucky Fuel Corporation, its agents, servants or employees concerning complaints related to the alleged damages to your property which you claim is a result of the mining and/or blasting operation.

**ANSWER:**


**REQUEST NO. 9:**  Please produce copies of any and all correspondence, letters, emails and/or documents reflecting all communications between Plaintiffs and any State and/or Federal government agencies, their agents, servants, or employees concerning the activities of Kentucky Fuel Corporation and/or the alleged damages to your property which you claim was a result of the mining and/or blasting operations.

**RESPONSE:**

**REQUEST NO. 10:**   If you, or anyone acting on your behalf, have obtained any written, typed, recorded, transcribed statements, or information obtained through any other means of tangible data compilation, from the Defendant or any agent, representative or employee of the Defendant, Kentucky Fuel Corporation, please produce same for inspection and copying.

**RESPONSE:**


**REQUEST NO. 11:**   With regard to the amounts you are claiming for each item of damages alleged in your Complaint, please produce for inspection and copying a copy of the calculations used to arrive at each figure.

**RESPONSE:**


**REQUEST NO. 12:**   Please produce each and every document you rely upon to support your answers to these Interrogatories.

**RESPONSE:**


**REQUEST NO. 13:**   Please produce a copy of each and every exhibit you intend to rely on or introduce at the trial of this matter.

**RESPONSE:**

Respectfully submitted,

FELD & HASSMAN, PLLC

Timothy C. Feld
Morgan J. Fitzhugh
333 West Vine Street, Suite 300
Lexington, Kentucky 40507
Telephone:    (859) 252-2001
Facsimile:    (859) 252-2009
tim@feldandhassman.com
morgan@feldandhassman.com
COUNSEL FOR DEFENDANT,
KENTUCKY FUEL CORPORATION

### CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served on this the 24th day of February

2015 by mailing a true and accurate copy to the following:

Hon. Bill Slone
P.O. Box 447
Pikeville, KY 41502
*Counsel for Plaintiff*

COUNSEL FOR DEFENDANT